UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61058-CIV-SINGHAL

JOSEPH PAOLINO, individually and on behalf
of all others similarly situated,

    Plaintiff(s),

v.

BURGERFI INTERNATIONAL, INC. f/k/a
OPES ACQUISITION CORP., JULIO
RAMIREZ, IAN H. BAINES, BRYAN M
CGUIRE, MICHAEL RABINOVITCH, and
OPHIR STERNBERG,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court a *sua sponte* examination of the Record. On July 19, 2023, this Court consolidated the instant action with Case No. 23-60657-AHS, for all purposes. *See Walker v. BurgerFi Int'l, Inc.*, No. 23-60657-AHS (S.D. Fla. 2023) (DE [28]). On September 5, 2023, the Court issued an Order of Dismissal Without Prejudice in the *Walker* action (DE [38]), upon the Co-Lead Plaintiffs' Notice of Voluntary Dismissal (DE [37]). The Court finding no other matters to adjudicate in this case, and upon review of the record, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 3rd day of October 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF